266

Terry Lynn EVERETT, Plaintiff–
Appellant,

v.

Joyce FRANCIS, Warden; Valorie Rappold, A.W. Operations; Karen Lambright, Health Service Administrator; Elizabeth Boram, Assistant Health Service Administrator; Ellen Mace, Clinical Director; Eddie Anderson, F.C.I. Physician, Defendants–Appellees.

No. 10–6691.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 27, 2010.

Decided: Aug. 9, 2010.

Terry Lynn Everett, Appellant Pro Se. Daniel W. Dickinson, Jr., Office of the United States Attorney, Wheeling, West Virginia, for Appellee.

Before TRAXLER, Chief Judge and WILKINSON and KEENAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry Lynn Everett appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Everett v. Francis*, No. 5:07–cv–00135–FPS–JES, 2010 WL 1490479 (N.D.W.Va. Apr. 13, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*